JOHN B. NAVARRO, Respondent, *v.* JOHN R. FIORITA, Appellant.

Argued November 25, 1946; decided January 9, 1947.

*Harold W. Bissell* for appellant.

*David W. Kahn* and *Herbert P. Wilson* for respondent.

Order affirmed, with costs. Question certified answered in the affirmative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.